■ In the Matter of SHERMAN WALKER, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [28 NYS3d 640]—Appeal from a judgment of the Supreme Court (Elliott III, J.), entered March 9, 2015 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding challenging a 2014 determination of the Board of Parole that denied his request for parole release. The Attorney General has advised this Court that petitioner reappeared before the Board in February 2016 and his request for parole release was again denied. Accordingly, the appeal from the dismissal of this proceeding is moot and, as the narrow exception to the mootness doctrine is inapplicable, it must be dismissed (*see Matter of Franko v Department of Corr. & Community Supervision*, 126 AD3d 1193, 1193 [2015]; *Matter of Mance v Evans*, 119 AD3d 1316, 1316 [2014]).

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.